UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH A. HOFER | ) | |
|     PLAINTIFF, | ) | CASE NO.: |
| | ) | 4:11-cv-122 |
| VS. | ) | |
| | ) | |
| FR SOLUTIONS, INC. | ) | JURY TRIAL DEMANDED |
|     DEFENDANT | ) | |

## COMPLAINT FOR DAMAGES

### INTRODUCTION

1.   This is an action for damages against the Defendant for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

### SUBJECT MATTER JURISDICTION

2.   Subject matter jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d)and 28 U.S.C. § 1337 (federal question jurisdiction).

### PARTIES AND PERSONAL JURISDICTION

3.   Plaintiff is a resident of the State of Missouri residing in the County of St. Louis who is authorized by law to bring this action.

4.   Defendant, FR Solutions, Inc. (hereinafter referred to as "FRS" or "Defendant") is a corporation existing purusant to law and operating from an address located at 150 S. Washington Street, Suite C, Carpentersville, IL, 60110. Upon information and belief, FRS, has no registered agent in the State of Missouri.

5.   FRS is subject to the jurisdiction and venue of this Court.

6. FRS may be served by personal or substitute service pursuant to the Federal Rules of Civil Procedure and, as applicable, the laws of the State of Missouri on an authorized agent at its principle place of business, to wit : 150 s. Washington Street, Suite C, Carpentersville, IL, 60110.

7. Alternatively, FRS may be served by personal or substitute service pursuant to the Federal Rules of Civil Procedure and, as applicable, the laws of the state of Missouri.

## **FACTS COMMON TO ALL CAUSES**

8. FRS uses telephone communications in its business.

9. The principle purpose of FRS's business is the collection of debts.

l0. FRS regularly collects or attempts to collect debts owed or due, or asserted to be owed or due, another.

11. FRS is a debt collector subject to the provisions of the Fair Debt Collection Practices Act.

12. In the course of attempting to collect a debt allegedly due from Plaintiff to US Bank, NA, FRS communicated with Plaintiff in a manner which violated the Federal Fair Debt Collection Practices Act.

13. FRS left a series of voice messages for Plaintiff on his cell phone voice message systems in the period of time spanning from November 1, 2010 through January 10, 2011.

14. In all of the voice messages, FRS failed to give meaningful disclosure of its identity.

15. In all of the voice messages, FRS failed to state that the communication was from a debt collector.

16. In all of the voice messages, FRS failed to state that the communication was an attempt to collect a debt.

17. Defendant's communications violate the Fair Debt Collection Practices Act.

18. Plaintiff has complied with all conditions precedent to bring this action.

## CAUSE OF ACTION

## FAIR DEBT COLLECTION PRACTICES ACT

19. The acts of Defendant constitute violations of the Fair Debt Collection Practices Act.

20. Defendant's violations of the FDCPA include, but are not limited to, the following:

21. The placement of telephone calls without meaningful disclosure of the caller's identity, in violation of 15 U.S.C. § 1692d(6);

22. The use of false, deceptive, and misleading representations or means in connection with the collection of any debt, in violation of 15 U.S.C. § 1692e;

23. The use of false representations and deceptive means to collect or attempt to collect any debt, in violation of 15 U.S.C. § 1692e(10);

24. The failure to make required disclosures in all communications, in violation of 15 U.S.C. § 1692e(11) ; and

25. As a result of the Defendant's actions, the Plaintiff is entitled to an award of statutory damages, as well as an award of costs and attorney's fees.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A. Statutory damages pursuant to 15 U.S.C. § 1692k;

B. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

C. For such other and further relief as may be just and proper.

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

/s/ Joseph A. Hofer
**Joseph A. Hofer**

**THE SWANEY LAW FIRM**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 3356; Missouri Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey1960@gmail.com
telephone: (314) 481-7778
fax:  (314) 481-8479